AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
DEC 06 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHEE VANG, YEE VANG, MAO LEE, XENG THAO, & YENG HER, as mother of J.Y., a minor, on behalf of themselves and all others similarly situated,
*Plaintiffs*
v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,
*Defendant*

)
)
)
)
)
)

Civil Action No.    20-CV-1260 JES-TSH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  this action is hereby DISMISSED for lack of subject matter jurisdiction.
IT IS FURTHER ORDERED that XENG THAO was previously dismissed from this action on 10/2/20.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James E. Shadid   on a motion for   dismissal

Date: 12/6/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*